UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

DOMANE GORDON,

                Defendant.

25-cr-364 (JGK)
Amended
SCHEDULING ORDER

---

JOHN G. KOELTL, District Judge:

Trial is scheduled for **February 9, 2026**, at ~~10:00 a.m.~~ 9:00 a.m.

The defendant may file any Rule 12 motions by **November 17, 2025**. The Government may respond by **December 5, 2025**, and the defendant may reply by **December 12, 2025**. The Court will hear argument on the motions on **January 12, 2026, at 10:30 a.m.**

The Government should submit Rule 404(b) evidence and expert disclosures by **January 16, 2026**.

The parties should file any motions in limine, requests to charge, and proposed voir dire by **January 20, 2026**. Responses and objections are due **January 27, 2026**.

The Government should disclose its witness list, exhibits, and material pursuant to 18 U.S.C. § 3500 by **January 26, 2026**.

The final pre-trial conference will be held on **February 5, 2026, at 11:30 a.m.**

SO ORDERED.

Dated:  New York, New York
        October 30, 2025

                                        _____
                                              John G. Koeltl
                                        United States District Judge