UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

DOMANE GORDON,

                 Defendant.

25-cr-364 (JGK)

**AMENDED**
**SCHEDULING ORDER**

JOHN G. KOELTL, District Judge:

Trial is scheduled for **February 23, 2026, at 9:00 a.m.**

The Government should submit Rule 404(b) evidence and expert disclosures by **January 16, 2026.** The defendant's expert disclosures are due **January 21, 2026.**

The parties should file any motions <u>in limine</u>, requests to charge, and proposed voir dire by **January 20, 2026.** Responses and objections are due **January 27, 2026.**

The Government should disclose its witness list, exhibits, and material pursuant to 18 U.S.C. § 3500 by **January 26, 2026.**

The final pre-trial conference will be held on **February 5, 2026, at 11:30 a.m.**

SO ORDERED.

Dated:    New York, New York
         January 12, 2026

                           John G. Koeltl
                   United States District Judge