UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

UNITED STATES OF AMERICA

      - against -

DOMANE GORDON,

                Defendant.
———————————————————————————

25-cr-364 (JGK)

JOHN G. KOELTL, District Judge:

The defendant should respond to the Government's

supplemental motion in limine by **February 4, 2026, at noon.**


SO ORDERED.

Dated:    New York, New York
          February 2, 2026

                              John G. Koeltl
                      United States District Judge