UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA            :          [PROPOSED] ORDER

          - v. -                    :          25 Cr. 364 (JGK)

DOMANE GORDON,                      :

          Defendant.                :

--------------------------------------------------------------x

Upon the request of defendant Domane Gordon, by his counsel Ariel Werner,

Esq., Jonathan Marvinny, Esq., and S. Isaac Wheeler, Esq., and with good cause

shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center –

Brooklyn, and the United States Marshals Service accept the following clothing for

Mr. Gordon, Register Number 99266-511, to wear for appearances at his trial

commencing on February 23, 2026, and continuing thereafter:

1. one suit jacket;
2. two pairs of slacks;
3. two button-down shirts;
4. two ties;
5. two pairs of socks;
6. one pair of shoes;
7. one belt.

Dated: New York, New York
          _____2/5_____ , 2026


                    SO ORDERED:

                    _____
                    HONORABLE JOHN G. KOELTL
                    United States District Judge