UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        - against -

DOMANE GORDON,

                Defendant.

_____

25-cr-364 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held February 5, 2026:

- the defendant's motion to preclude the Government from introducing evidence of his gun possession is **denied,** except that the Government may not refer to the fact that the gun seized from the defendant had an obliterated serial number, and the Government may not refer to the fact that the defendant was wearing a ski mask at the time of his arrest;

- the defendant's motion to preclude the Government from referring to the defendant as "illegal" or an "alien" when not specifically referring to 18 U.S.C. § 922(g)(5)(A) is **denied;**

- the defendant's motion to preclude the Government from offering the expert testimony of Simone Samuel is **denied as moot;**

- the Government's motion to admit the defendant's A-File is **granted** with respect to the Notices to Appear served on the defendant, subject to a limiting instruction that the statements therein may not be considered for truth; the Government's motion is also **granted** with respect to the NTAs and the Form I-213, but the Government must remove its proposed redactions to the narrative on page 2 of the Form I-213; the defendant's requests to admit his I-94A, the USCIS receipt, and the ICE Form I-830A are **granted;** the Government's motion to admit the other documents in the defendant's A-File is **denied without prejudice** to either party moving to admit specific documents;

- the Government's motion to exclude evidence of the defendant's good-faith belief that he was lawfully in the United States is **denied;**

- the Government's motions to preclude the defendant (1) from introducing evidence or arguing about current immigration policies; (2) from making arguments concerning punishment; and (3) from questioning law enforcement personnel about alleged or substantiated misconduct are **denied as moot;** and

- the Government's supplemental motion to preclude the defendant's immigration-law expert or, in the alternative, to hold a hearing pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), is **denied without prejudice** to arguments to exclude specific opinions.


The Clerk is respectfully requested to close ECF Nos. 32, 33, 36, and 41.



**SO ORDERED.**

Dated:    **New York, New York**
           **February 9, 2026**

                                    **John G. Koeltl**
                             **United States District Judge**