

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 11, 2026

**By ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application granted. The Court will arraign the defendant at the February 23, 2026 conference. So ordered. [signature] John G. Koeltl / U.S.D.J. 2/11/26.*

Re:    **United States v. Domane Gordon**, S1 25 Cr. 364 (JGK)

Dear Judge Koeltl:

The Government respectfully writes to apprise the Court of developments in the above-captioned case, which is currently scheduled to proceed to trial beginning Monday, February 23, 2026. This afternoon, the grand jury returned a one-count Superseding Indictment charging the defendant, Domane Gordon, with possession of a firearm in a school zone, in violation of 18 U.S.C. § 922(q)(2). The Government no longer intends to proceed on the original one-count Indictment charging the defendant with being an illegal alien in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(5). (Dkt. 6).

The Government recognizes that the charge in the Superseding Indictment implicates statutory elements and evidence that were not previously the focus of the original Indictment and will require additional pre-trial submissions. Conversely, and in other respects, the Government's anticipated proof at trial, and the legal issues to be resolved, have narrowed, inasmuch as the defendant's immigration status in the United States is no longer at issue. The parties have conferred regarding the Superseding Indictment and trial date, and the Government understands that the defense wishes to maintain the February 23, 2026 date and proceed to trial on the Superseding Indictment. The Government has no objection to doing so.

To the extent the Court is amenable to beginning trial on February 23, 2026, on the charges in the Superseding Indictment, the parties propose the following schedule for additional pretrial submissions:

| | |
|---|---|
| Revised voir dire and requests to charge | February 13, 2026 |
| Responses and objections to the filings above | February 17, 2026 |

Case 1:25-cr-00364-JGK    Document 47    Filed 02/11/26    Page 2 of 2

Page 2

Final pretrial conference                    February 20, 2026 at 11:00 a.m.
                                             (as scheduled)

The Government further requests that the Court adjourn the February 12, 2026 deadline to submit supplemental requests to charge on immigration issues, objections to the pending requests to charge, and further objections to the defense's immigration expert; and the February 17, 2026 deadline to respond to these submissions, given that these immigration-related issues are now moot and in light of the proposed schedule above.

The Government further requests that the defendant be arraigned at the February 20, 2026 pretrial conference, or that arraignment be referred to Magistrate Court.

The Government remains available should the Court have any questions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:          /s/
             Mostafa Khairy
             Robert S. Ruff
             Sarah Mortazavi
             Assistant United States Attorneys
             (212) 637-2406 / -2522 / -2520