# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2026

**By ECF and Email**
Hon. John G. Koeltl
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Counsel may appear by telephone if she wishes but is not required to attend.
>
> SO ORDERED.
>
> /s/ John G. Koeltl
>
> John G. Koeltl, U.S.D.J
> February 17, 2026
> New York, NY

Re:     United States v. Domane Gordon, 25 Cr. 364 (JGK)

Dear Judge Koeltl:

I write in regard to the conference and arraignment scheduled for Friday, February 20 at 11:00 a.m.  I respectfully request permission to appear at the conference telephonically or, alternatively, to be excused from attending and have my co-counsel, Jonathan Marvinny, represent the entire defense team.  I make this request due to out-of-state travel scheduled before the Court adjourned Mr. Gordon's trial from February 9 to February 23 and scheduled a second final pretrial conference to take place on February 20, 2026.

I have conferred with the government and understand that they have no objection to my request.  Thank you for considering it.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
Counsel to Domane Gordon
212-417-8770

cc:     Mostafa Khairy, Special Assistant U.S. Attorney
Robert S. Ruff, Assistant U.S. Attorney
Sarah Mortazavi, Assistant U.S. Attorney