UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-
                                               25 cr 364 (JGK)

DOMANE GORDON,
                    Defendant.

----------------------------------------------------------------X

The Clerk is directed to file the attached waiver of the right to adjournment of trial from the

defendant.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 20, 2026.

I, Domane Gordon, wish to proceed to trial on Monday, February 23, 2026. I wish to waive my right to any further adjourment of my trial.

x _P Gordon_

Feb. 20, 2026