UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      - against -

DOMANE GORDON,

                   Defendant.

_____

                         25-cr-364 (JGK)

                         ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held today:

- the defendant's motion in limine seeking changes to Government Exhibits 204-B and 204-C is **denied as moot**;

- the defendant's motion in limine to exclude the testimony of Angeline Peart is **denied**; and

- the defendant's motion in limine to exclude a redacted copy of Government Exhibit 304, the NYPD Pedigree Card, is **denied**. Consistent with the Government's offer to redact all the information on the card other than the basic biographical information and the address, the "Primary Charge," should also be redacted, and the jury should be given an instruction that portions of the document have been "redacted" or "removed" for evidentiary reasons, and that the jury should therefore draw no inference from the fact that portions of the document were redacted or removed.

The Clerk is respectfully requested to close ECF No. 65.

SO ORDERED.
Dated:   New York, New York
         February 20, 2026

                                 John G. Koeltl
                     United States District Judge