AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

DOMANE GORDON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: S1 1:25CR00364-001 (JGK)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John G. Koetl,    U.S. District Judge

Name of Judge                Title of Judge

3/2/2026
_____
Date