UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

                         25 cr 364 (JGK)

       -against-

                         **ORDER**

DOMANE GORDON,

               Defendant.

------------------------------------------------------------X

      The defendant, Domane Gordon, having been found not guilty at trial on March 2, 2026, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                       **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 2, 2026